# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH DINKINS,

        Plaintiff,

vs.

GERALDINE SCHINZEL,

        Defendants.

Case No. 2:17-cv-01089-JAD-GWF

**ORDER**

This matter is before the Court on Defendant's Motion to Extend Deadlines for Discovery and Designating Expert Witnesses (ECF No. 78), filed on January 3, 2018. Plaintiff filed his Opposition (ECF No. 80) on January 11, 2018 and Defendant filed her Reply (ECF No. 81) on January 16, 2018.

Defendant requests a four month extension of discovery to resolve discovery disputes between the parties, to conduct depositions, to conduct further written discovery, and to designate expert witnesses. Plaintiff argues that Defendant did not show that he failed to request an extension because of excusable neglect. He further argues that an extension of discovery would be prejudicial to him because he spent time and expense complying with the discovery plan and scheduling order. The Court finds that a ninety (90) day extension of the discovery deadlines is warranted. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Deadlines for Discovery and Designating Expert Witnesses (ECF No. 78) is **granted**.

**IT IS FURTHER ORDERED** that the following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **April 6, 2018**

    2.    Last date to disclose experts: **February 5, 2018**

3. Last date to disclose rebuttal experts: **March 7, 2018**

4. Last date to file dispositive motions: **May 7, 2018**

5. Last date to file joint pretrial order: **June 6, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 18th day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge