UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNETH DINKINS,<br><br>　　　　　Plaintiff,<br>v.<br>GERALDINE SCHINZEL,<br><br>　　　　　Defendant[s]. | Case No. 2:17-cv-01089-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Counsel's Motion to Withdraw as Counsel (ECF No. 114), filed on May 11, 2018. Plaintiff filed an Opposition (ECF No. 117) on May 17, 2018 and Defendant's Counsel filed his Reply (ECF No. 120) on May 23, 2018.

Counsel for Defendant requests leave to withdraw as well as a 90-day stay of the proceedings to allow Defendant time to retain new counsel. Plaintiff argues that he will be prejudiced if Defendant's counsel is permitted to withdraw because it will delay the proceedings. The Court finds that the movant substantially establishes good cause for withdrawal. Discovery closed on April 6, 2018 and the dispositive motion deadline was on May 7, 2018. *See* ECF No. 83. Defendant filed a motion for summary judgment on April 30, 2018 that is now fully briefed. *See* ECF Nos. 112, 118, 121. There is no set trial date at this time. The Court denies Defendant's request for a 90-day stay as there is no need to stay the case to allow Defendant time to retain counsel. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Counsel's Motion to Withdraw as Counsel (ECF No. 114) is **granted**, in part, and **denied**, in part. The Court grants Defendant's Counsel request to withdraw as counsel of record. The Court denies Defendant's request to stay proceedings.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1

1. Add the last known address of Defendant Geraldine Schinzel to the civil docket:

   **Geraldine Schinzel**
   **7243 Arcola**
   **Waterford, MI 48329-2801**

2. Serve Defendant with a copy of this order at her last known addresses listed above.

Dated this 4th day of June, 2018.

                                                                  _____
                                                                  GEORGE FOLEY, JR.
                                                                  UNITED STATES MAGISTRATE JUDGE