UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNETH DINKINS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GERALDINE SCHINZEL,<br><br>　　　　　　　　Defendant[s]. | Case No. 2:17-cv-01089-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' deadline to file a joint proposed pretrial order. The Court stayed the parties' obligation to file their joint pretrial order until 10 days after the settlement conference. The parties participated in a settlement conference on March 8, 2019 and no settlement was reached. The Court hereby instructs the parties to prepare individual proposed pretrial orders according to the form set forth in Local Rule 16-4 no later than **March 29, 2019**. Thereafter, the parties shall exchange their proposed pretrial orders and meet and confer regarding a joint proposed pretrial order. If the parties are unable to agree to a joint proposed pretrial order, they shall file a status report informing the Court no later than **April 5, 2019**. The Court will then set a hearing to finalize the joint proposed pretrial order. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall prepare individual proposed pretrial orders according to the form set forth in Local Rule 16-4 no later than **March 29, 2019.**

**IT IS HEREBY ORDERED** that the parties shall file either their joint proposed pretrial orders or a status report informing the Court of their inability to agree to a joint proposed pretrial order no later than **April 5, 2019**.

Dated this 12th day of March, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1