AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Kenneth Dinkins,

            Plaintiff,

v.

Geraldine Schinzel,

            Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01089-JAD-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court granting Plaintiff's Motion for Default Judgment, JUDGMENT is entered in favor of Kenneth Dinkins and against Geraldine Schinzel in the total amount of $43,000. This case is now closed.

9/28/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk